SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@oglegreedeakins.com
AMY L. HOWARD
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for 24 Hour Fitness USA, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANN ALLEN TAYLOR, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>24 HOUR FITNESS USA, INC., a Foreign Corporation, DOES I-X; and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.: 2:18-cv-01812-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND JURY DEMAND**<br>*(First Request)* |

Pursuant to L.R. I.A. 6-1, 6-2, and L.R. 7-1, Plaintiff Ann Allen Taylor ("Plaintiff") and Defendant 24 Hour Fitness USA, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel hereby stipulate and agree to extend the time for Defendant to file a response to Plaintiff's Complaint and Jury Demand ("Complaint"), from October 11, 2018 to October 25, 2018. Defense counsel has just been retained in this matter and requires additional time to prepare a response to Plaintiff's Complaint. This is the Parties' first request to extend the time for Defendant to respond to Plaintiff's Complaint.

1

This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

Dated this 3rd day of October, 2018.

| | |
|---|---|
| HKM EMPLOYMENT ATTORNEYS LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Jenny L. Foley | /s/ Suzanne L. Martin |
| Jenny L. Foley | Suzanne L. Martin |
| 1785 East Sahara Avenue | Amy L. Howard |
| Suite 325 | 3800 Howard Hughes Parkway |
| Las Vegas, NV 89104 | Suite 1500 |
| Telephone: 702.625.3893 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiff Ann Allen Taylor* | Telephone: 702.369.6800 |
| | *Attorneys for Defendant 24 Hour Fitness USA, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
DATED: October 5, 2018