**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 325
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANN ALLEN TAYLOR, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>24 HOUR FITNESS USA, INC., a Foreign Corporation, DOES I -X; and ROE CORPORATIONS I -X.<br><br>Defendant. | **CASE NO.: 2:18-cv-01812-RFB-VCF**<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS PENDING ARBITRATION** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Plaintiff Ann Allen Taylor may have additional time within which to submit Plaintiff's Opposition to Defendant's Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration.

1. Under the Federal Rules of Civil Procedure, Plaintiff's Opposition would be due November 8, 2018. *See* Fed. R. Civ. P. 12(a)(4)(A).

2. On October 30, 2018, Jenny L. Foley, counsel for Plaintiff, conferred with Amy L. Howard, counsel for Defendant, regarding the timing of Plaintiff's Opposition. Counsel for Defendant consented to Plaintiff's request to enlarge the time for filing the reply by thirty (30)

1 days, which would make the new deadline <u>Friday, December 7, 2018</u>.

3. Good cause exists for this extension as the parties are in the middle of settlement negotiations and believe the case will settle without judicial involvement.

4. The extension will not result in undue delay in the administration of this cause.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendant's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

                                        Respectfully submitted,

                                        **HKM EMPLOYMENT ATTORNEYS, LLP**

DATED: November 7, 2018           By: */s/ Jenny Foley*
                                           JENNY L. FOLEY
                                           Nevada Bar No. 9017
                                           E-mail: jfoley@hkm.com
                                           1785 East Sahara, Suite 325
                                           Las Vegas, Nevada 89104
                                           Tel: (702) 625-3893
                                           Fax: (702) 625-3893
                                           *Attorney for Plaintiff*

                                        **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

DATED: November 7, 2018           By: */s/ Amy Howard*
                                           AMY L. HOWARD
                                           Nevada Bar No. 13946

IT IS SO ORDERED:                    E-mail: amy.howard@ogletree.com
                                           3800 Howard Hughes Parkway, Suite 1500
                                           Las Vegas, NV 89169
                                           Tel: (702) 369-6821
                                           Fax: (702) 369-6888
_____  *Attorney for Defendant*
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 8th day of November, 2018.